IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DORIS STROUD,<br><br>          Plaintiff,<br><br>Vs.,<br><br>LHR, INC.<br><br>          Defendant. | NO. 4:2011-cv-00240<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

   Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Doris Stroud requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


   /s/ L. Ashley Zubal
L. Ashley Zubal     AT0009559                    c/o Susan Crandall
MARKS LAW FIRM, P.C.                             56 Main Street
4225 University Avenue                           Hanburg, NY 14075
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 4th day of October, 2011, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.